IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JDR INDUSTRIES, INC., a Nebraska
corporation;

          Plaintiff,

    vs.

EDWIN K. MCDOWELL,  LAGRANGE
SUPPLY CO, L.L.C., a Nebraska limited
liability company;

          Defendants.

**8:14CV284**

**ORDER**

After conferring with counsel,

IT IS ORDERED:

1)      With the exception of the mandatory disclosure deadline, all dates in the court's current progression order, (Filing No. 28), including the pretrial conference scheduled for November 11, 2015, the jury trial is scheduled for November 30, 2015, and the conference call scheduled for September 1, 2015, are set aside.

2)      Within ten (10) days after the court rules on the pending motion for preliminary injunction, (Filing No. 8), summary judgment motion, (Filing No. 34), and motion to dismiss, (Filing No. 50), the parties shall contact the undersigned magistrate judge's chambers to set a new progression schedule for this case.

July 30, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge