IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JDR INDUSTRIES, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN K. MCDOWELL, LAGRANGE SUPPLY CO, L.L.C., a Nebraska limited liability company; JAMES L. VANCE, AND J.L. VANCE, L.L.C., a Nebraska limited liability company;<br><br>Defendants. | 8:14CV284<br><br>ORDER |

Counsel for the Plaintiff, JDR Industries Inc., has filed a motion for a telephone conference to discuss discovery matters with pro se defendants James L. Vance and J.L. Vance, L.L.C. (Filing No. 89).

THE COURT HEREBY ORDERS:

1) Plaintiff's Motion for Telephone Conference, (Filing No. 89), is granted. Telephone Conference is set for 11/19/2015 at 3:30 pm.

2) Counsel for the Plaintiff shall notify pro se defendants, James L. Vance and J.L. Vance, L.L.C. of the telephone conference and file poof of notice with the Court.

3) Call-in instructions will be filed separately. Counsel for the Plaintiff shall provide instructions to pro se defendants, once filed.

4) The parties are instructed to provide the undersigned a brief summary of the disputed issues, no more than 10 pages, on or before 11/18/2015

November 6, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge