IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JDR INDUSTRIES, INC., a Nebraska corporation;<br><br>      Plaintiff,<br><br>vs.<br><br>EDWIN K. MCDOWELL, LAGRANGE SUPPLY CO, L.L.C., a Nebraska limited liability company; JAMES L. VANCE, AND J.L. VANCE, L.L.C., a Nebraska limited liability company;<br><br>      Defendants. | 8:14CV284<br><br>ORDER |

Defendant J.L. Vance, L.L.C., a limited liability company, cannot litigate its action in this forum without representation by licensed counsel. [Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994)](). Accordingly,

1) Plaintiff's motion to strike, (Filing No. 81), is granted, and the Answer filed on behalf of Defendant J.L. Vance, L.L.C. by its co-defendant, James L. Vance, (Filing No. 80), is stricken.

2) On or before November 24, 2015, Defendant J.L. Vance, L.L.C. shall obtain the services of counsel and have that attorney file an appearance and Answer on its behalf, in the absence of which the court may file an entry and/or judgment of default against it without further notice.

3) The clerk shall mail a copy of this order to Defendant J.L. Vance, L.L.C. at:

J.L. Vance, L.L.C.
c/o James L. Vance, Registered Agent
5356 North 29th Street
Omaha, Nebraska 68111

November 12, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge