IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JDR INDUSTRIES, INC., a Nebraska corporation;<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>EDWIN K. MCDOWELL, LAGRANGE SUPPLY CO, L.L.C., a Nebraska limited liability company; JAMES L. VANCE, AND J.L. VANCE, L.L.C., a Nebraska limited liability company;<br><br>　　　　　　Defendants. | 8:14CV284<br><br>FINDINGS AND RECOMMENDATION |

On November 12, 2015, the Court entered an order (filing no. 95) which required the Defendant J.L. Vance, L.L.C. to obtain the services of counsel and have that attorney file an appearance by November 24, 2015. To date, J.L. Vance, L.L.C. has not complied, and has not explained the failure to comply, with this order. J.L. Vance, L.L.C. was warned in the absence of compliance with the order, the court may file an entry of default against it without further notice.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that a default be entered against Defendant J.L. Vance, L.L.C. without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 4th day of January, 2016

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge