# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JDR INDUSTRIES, INC., a Nebraska corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>EDWIN K. MCDOWELL, LAGRANGE SUPPLY CO, L.L.C., a Nebraska limited liability company; JAMES L. VANCE, AND J.L. VANCE, L.L.C., a Nebraska limited liability company;<br><br>    Defendants. | **8:14CV284**<br><br>**ORDER** |

After conferring with counsel,

1) Plaintiff's motion to compel, (Filing No. 102), is denied without prejudice to Plaintiff's efforts to obtain the information by subpoena or other methods allowed by law from in possession of Defendant McDowell's property following his death.

2) Plaintiff's motion to compel, (Filing No. 105), is granted. On or before February 18, 2016, James Vance shall produce to Plaintiff his business records and those of J.L. Vance LLC (including but not limited to purchase orders, delivery documents, receipts, contracts, and the like) dating back to December 1, 2013.

January 28, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge