IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JDR INDUSTRIES, INC., a Nebraska corporation;<br><br>        Plaintiff,<br><br>   vs.<br><br>EDWIN K. MCDOWELL, LAGRANGE SUPPLY CO, L.L.C., a Nebraska limited liability company; JAMES L. VANCE, AND J.L. VANCE, L.L.C., a Nebraska limited liability company;<br><br>        Defendants. | **8:14CV284**<br><br>**ORDER** |

IT IS ORDERED:

1)    The motion to withdraw filed by Michael F. Polk as counsel of record for LaGrange Supply Co, L.L.C., (filing no. 111), is granted.

2)    LaGrange Supply Co, L.L.C., cannot litigate in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before February 18, 2016, it shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may file an entry and/or judgment of default against it without further notice.

3)    Michael F. Polk shall promptly mail a copy of this order to the heirs of decedent Edwin K. McDowell, and file a certificate of service stating the date and the manner of service, and the names and addresses served.

    January 28, 2016.

                                      BY THE COURT:

                                       *s/ Cheryl R. Zwart*
                                       United States Magistrate Judge