IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JDR INDUSTRIES, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN K. MCDOWELL, LAGRANGE SUPPLY CO, L.L.C., AND a Nebraska limited liability company; and JAMES L. VANCE,<br><br>Defendants. | 8:14CV284<br><br>ORDER |

A suggestion of death has been filed on behalf of named defendant, now decedent, Edwin K McDowell. (Filing No. 109). As such, this case is stayed as to Defendant McDowell pending revival of such claims.

On or before March 25, 2016, Plaintiff shall file a notice stating the claims against Edwin K. McDowell have been revived in accordance with Nebraska law, in the absence of which such claims may be dismissed with prejudice for want of prosecution.

January 29, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge