IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JDR INDUSTRIES, INC., a Nebraska
corporation;

                    Plaintiff,

          vs.

EDWIN K. MCDOWELL,  LAGRANGE
SUPPLY CO, L.L.C., AND a Nebraska
limited liability company; and JAMES L.
VANCE,

                    Defendants.

**8:14CV284**

**FINDINGS, RECOMMENDATION,
AND ORDER**

Defendant LaGrange Supply Co, L.L.C.'s former counsel was granted leave to withdraw on January 28, 2016.  (Filing No. 117).  The order granting counsel's leave to withdraw stated:

> On or before February 18, 2016, [LaGrange Supply Co, L.L.C.] shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may file an entry and/or judgment of default against it without further notice.

(Filing No. 117).  Michael F. Polk, the withdrawing attorney, was ordered to mail a copy of the January 28, 2016 order to the heirs of decedent Edwin K. McDowell.  He did so, and filed notice of his action on January 28, 2016.  (Filing No. 118).

To date, no counsel has entered an appearance on behalf of Defendant LaGrange Supply Co, L.L.C.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that a default and/or default judgment be entered against Defendant LaGrange Supply Co, L.L.C. without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to the individuals identified in Filing No. 118.

Dated this 21st day of March, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge