IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JDR INDUSTRIES, INC., a Nebraska corporation;<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES L. VANCE, AND MICHAEL E. MCDOWELL, personal representative of Estate of Edwin K. McDowell and as trustee of the Edwin K McDowell Revocable Trust dated September 28, 2011;<br><br>　　　　　　Defendants. | **8:14CV284**<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED that the parties shall promptly confer regarding resolving this case by stipulation. If those efforts fail to fully resolve the case,

1) Plaintiff's brief and evidence in support of its renewed motion for summary judgment, (Filing No. 159), shall be filed on or before November 28, 2016.

2) Any opposition shall be filed on or before December 2, 2016.

3) Any reply shall be filed on or before December 7, 2016.

November 19, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge