IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JDR INDUSTRIES, INC., <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>MICHAEL E. MCDOWELL, personal representative of the estate of Edwin K. McDowell, successor to Edwin K. McDowell, d/b/a LaGrange Supply Co.; LAGRANGE SUPPLY CO, LLC, a Nebraska limited liability company, d/b/a/ LaGrange Supply Co.; and J.L. Vance, LLC, a Nebraska limited liability company, d/b/a LaGrange Supply Co., <br><br>　　　　　Defendants. | 8:14-CV-284 <br><br> ORDER ON PERMANENT INJUNCTION |

　　　　This matter is before the Court on the parties' stipulation for final order of permanent injunction and judgment. Filing 172. In accordance with the parties' settlement and joint stipulations,

　　　　IT IS ORDERED:

　　　　1.　　The Plaintiff is the sole lawful owner of the registered and distinctive mark LAGRANGE which has been registered with the United States Patent and Trademark Office at Registration No. 4,114,106.

　　　　2.　　That Defendants and their affiliates are hereby permanently enjoined and restrained from and shall immediately terminate all use, in any manner whatsoever, of the Mark and any confusingly similar derivatives, which injunction includes, but is not limited to:

　　　　　　　a. the use in any manner of the Mark, and any other term or terms likely to cause confusion therewith,

    b. the use in any manner of the Mark in connection with Defendants' goods or services; and

    c. otherwise engaging in any other acts or conduct which would cause consumers to erroneously believe that Defendants' goods or services are somehow sponsored by, authorized by, licensed by, or in any other way associated with JDR.

3. That if Defendants, or any of them individually, are found by the Court to be in contempt of, or otherwise to have violated this Order, in addition to the other remedies available to Plaintiff for contempt or violation of this Order, Plaintiff may seek entry of a temporary restraining order and a preliminary injunction and that in addition, Plaintiff shall be entitled, in addition to any damages caused by Defendants' contempt or violation of this Order, to seek to recover its attorneys' fees, costs and other expenses incurred in enforcing this Order.

Dated this 16th day of June, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge